**Order entered August 3, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00281-CR

### CARLOS MARIO DELAROSA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-80340-2011**

## ORDER

Before the Court is the State's July 30, 2018 first motion to extend time to file its brief.

We **GRANT** the motion and **ORDER** the brief received on July 30 filed as of the date of this

order.

/s/      CRAIG STODDART
JUSTICE